O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6828 AHM (AGRx) | Date | March 10, 2010 |
|---|---|---|---|
| Title | YOLANDA CORTES CARLOS, *et al.* v. UNITED STATES OF AMERICA, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

      Plaintiffs Yolanda Cortes Carlos and Guadalupe Carlos filed their Complaint against Defendants the United States of America and the County of Los Angeles on September 18, 2009.  The Complaint seeks damages for negligence in connection with the October 3, 2006 death of Roudel Carlos Cortes ("Roudel") while he was in Defendants' custody at the Mira Loma detention facility.  Complaint ¶¶ 7 & 8.  On February 1, 2010, Defendant County of Los Angeles (the "County") filed this motion to dismiss Plaintiffs' complaint for failure to state a claim under Fed. R. Civ. P. 12(b)(6).  Plaintiffs have not opposed the motion.  "The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."  Local Rule 7–12.  In addition, the motion appears meritorious on its face.  Accordingly, the Court GRANTS the County's motion to dismiss.[1]  However, the United States of America still remains as a defendant in the case.

      Roudel's death occurred on October 3, 2006.  The statute of limitations for negligence claims involving personal injury in California is two years from the date of accrual.  Cal. Code. Civ. Proc. § 335.1; see, e.g., *San Diego Gas & Electric Co. v. Superior Court*, 146 Cal. App. 4th 1545, 1549 (Ct. App. 2007) ("A two year-limitations period applies to [plaintiff's] wrongful death and survivor causes of action.").  Plaintiffs did not file their Complaint until September 18, 2009, nearly three years after Roudel's

---

[1] Docket No. 6.

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6828 AHM (AGRx) | Date | March 10, 2010 |
|---|---|---|---|
| Title | YOLANDA CORTES CARLOS, *et al.* v. UNITED STATES OF AMERICA, *et al.* | | |

death. Their claims against the County are, therefore, time-barred.[2]  Accordingly, the Court dismisses Plaintiffs' claims against the County.

    No hearing is necessary.  Fed. R. Civ. P. 78; L. R. 7-15.

|  | : |
|---|---|
| Initials of Preparer | SMO |

---

[2]The County also presents another potential reason to dismiss the claims against it—that Plaintiffs failed to file a timely administrative claim against the County. The Court need not reach this issue.