# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-6828 AHM (AGRx) | | Date | April 25, 2011 |
|---|---|---|---|---|
| Title | YOLANDA CORTES CARLOS, et al. v. UNITED STATES, et al. | | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

This case is before the Court on the motion for judgment on the pleadings or, in the alternative, summary judgment, of defendant United States of America ("United States").

The United States argues that Plaintiffs' claims against the United States arise from the conduct of an independent contractor, for which the United States is not liable under the Federal Tort Claims Act. Further, even assuming Plaintiffs' claims arise from the conduct of a United States employee, there is no evidence of negligence.

Plaintiffs have failed to oppose the motion. "The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." Local Rule 7–12. Moreover, at the hearing, Plaintiffs' counsel acknowledged that the motion for summary judgment is meritorious.

Accordingly, the Court GRANTS the motion for summary judgment and enters judgment in favor of the United States.

|  | : | |
|---|---|---|
| Initials of Preparer | | SMO |