1  Evan A. Berman, Esq. (SBN 150199)
   Michael D. Didszun, Esq. (SBN 217121)
2  BERMAN, BERMAN & BERMAN, LLP               JS-6
   11900 West Olympic Boulevard
3  Suite 600
   Los Angeles, California 90064-1151
4  Telephone: (310) 447-9000
   Facsimile: (310) 447-9011
5
   Attorneys for Defendant,
6  S.T.G. INTERNATIONAL, INC.

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 YOLANDA CORTES CARLOS AND  )   CASE NO: CV 09-06828 AHM (AGRx)
   GUADALUPE CARLOS,          )
12                            )   [PROPOSED] JUDGMENT
              Plaintiff,      )
13                            )
   vs.                        )
14                            )   Date: November 28, 2011
   UNITED STATES OF AMERICA,  )   Time: 10:00
15 COUNTY OF LOS ANGELES, AND )   Dept: 14
   DOES 1 THROUGH 10, INCLUSIVE,)
16                            )
              Defendants.     )
17 _____)   Hon. A. Howard Matz

18

19

20     The Court, having considered the arguments of the parties, grants the Motion for
21 Summary Judgment brought by defendant S.T.G. International, Inc.
22 //
23 //
24 //
25 //
26 //
27 //
28 //

F:\DATA\2800.146\Plead\[PROPOSED] JUDGMENT.wpd          1

[PROPOSED] JUDGMENT

1 | Accordingly, the Court hereby orders the Clerk to enter Judgment in favor of defendant S.T.G. International, Inc.

Dated: November 22, 2011

_____
Hon. A. Howard Matz,
United States District Court Judge

JS-6

Presented by:

EVAN A. BERMAN
MICHAEL D. DIDSZUN
BERMAN, BERMAN & BERMAN, LLP

_____
EVAN A. BERMAN
MICHAEL D. DIDSZUN
Attorneys for Defendant
S.T.G. INTERNATIONAL, INC.